EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON WOODEN, State Bar No. 108709
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5966
  Fax:  (415) 703-1234
  Email:  Sharon.wooden@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDRE TOLIVER,** | C 07-2744 WHA (PR) |
| Petitioner, | **APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **A.J. MALFI, Warden,** | |
| Respondent. | |

      Pursuant to Civil L.R. 7-8 and 7-11, respondent requests a 30-day enlargement of time, to and including August 29, 2007, within which to file an answer to the petition for writ of habeas corpus and provide the relevant state record, as required by the Court's Order to Show Cause. The application is based on the file in this case and the attached declaration of Sharon R. Wooden.

1  Respondent has not made any previous request.

2  Dated: July 23, 2007

3  Respectfully submitted,

4  EDMUND G. BROWN JR
   Attorney General of the State of California

5  DANE R. GILLETTE
   Chief Assistant Attorney General

6  GERALD A. ENGLER
7  Senior Assistant Attorney General

   PEGGY S. RUFFRA
8  Supervising Deputy Attorney General

9

10

11  /s/ Sharon R. Wooden
    SHARON R. WOODEN
12  Deputy Attorney General
    Attorneys for Respondent

Application For Enlargement Of Time                    *Toliver v. Malfi*
                                                       C 07-2744 WHA

2