EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON R. WOODEN
Deputy Attorney General
State Bar No. 108709
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5966
  Fax: (415) 703-1234
  Email: sharon.wooden@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDRE TOLIVER,** | C 07-2744 WHA(PR) |
| Petitioner, | |
| v. | |
| **A. J. MALFI, Warden,** | |
| Respondent. | |

**DECLARATION OF SHARON R. WOODEN IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME**

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON R. WOODEN
Deputy Attorney General
State Bar No. 108709
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-3664
 Telephone: (415) 703-5966
 Fax: (415) 703-1234
 Email: sharon.wooden@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDRE TOLIVER,** | C 07-2744 WHA (PR) |
| Petitioner, | **DECLARATION OF SHARON R. WOODEN IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **A. J. MALFI, Warden,** | |
| Respondent. | |

I am the California Deputy Attorney General assigned to handle the above-captioned case. Respondent's response to the petition is currently due July 30, 2007. I have not previously requested any enlargements of time in this case.

On May 30, 2007, this Court filed an order directing Respondent to file a response to Petitioner' s petition for writ of habeas corpus.  The petition contains seven claims.

I request an additional 30 days to file an answer to the petition.  I have not yet completed the answer,  and will be absent from the office on a family vacation from July 25, 2007 until August 13, 2007.  In the past month, I completed a response to petition for writ of habeas corpus in

*Pinedo v. Director of the California Department of Corrections*, C06-5311 RMW (PR) and respondent's briefs in *People v. Uribe*, H030630, *People v. McDaniel*, H029860, and *People v. Supnet*, H031173.

    For the above-stated reasons, I respectfully request that the Court grant Respondent thirty days (30), to and including August 29, 2007, in which to file an Answer.

    I declare under penalty of perjury that they foregoing is true and correct.

    Executed this 23rd of July, 2007, in San Francisco.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Sharon R. Wooden
SHARON R. WOODEN
Deputy Attorney General

Attorneys for Respondent

SRW/lls

Decl. of Sharon R. Wooden in Supp. of Appl. for Enlarge. of Time - *Toliver v. Malfi, Warden* - C 07-2744 WHA (PR)

2