IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDRE TOLIVER,** | C 07-2744 WHA (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **A.J. MALFI, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, the time for filing an answer to the petition for writ of habeas corpus is extended to and including August 29, 2007.

    If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court within thirty days of his receipt of the answer.

Dated: _____    _____
                                                                     The Honorable William Alsup