**DECLARATION OF SERVICE**

Case Name: **Toliver v. Malfi, Warden**                          No.: **C 07-2744 WHA (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 24, 2007**, I placed the attached **1) APPLICATION FOR ENLARGEMENT OF TIME; 2) DECLARATION OF SHARON R. WOODEN IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME; and 3) [PROPOSED] ORDER** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

Andre Toliver
K-27561
Kern Valley State Prison
P. O. Box 5102
Delano, CA 93216

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 24, 2007**, at San Francisco, California.

| L. SORENSEN | /s/ L. Sorensen |
|:-----------:|:---------------:|
| Typed Name  | Signature       |