EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON R. WOODEN
Deputy Attorney General
State Bar No. 108709
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5966
   Fax: (415) 703-1234
   Email: sharon.wooden@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDRE TOLIVER,** | C 07-2744 WHA (PR) |
| Petitioner, | |
| **v.** | |
| **A. J. MALFI, Warden,** | |
| Respondent. | |

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

1  EDMUND G. BROWN JR.
Attorney General of the State of California
2  DANE R. GILLETTE
Chief Assistant Attorney General
3  GERALD A. ENGLER
Senior Assistant Attorney General
4  PEGGY S. RUFFRA
Supervising Deputy Attorney General
5  SHARON R. WOODEN
Deputy Attorney General
6  State Bar No. 108709
   455 Golden Gate Avenue, Suite 11000
7  San Francisco, CA 94102-3664
   Telephone: (415) 703-5966
8  Fax: (415) 703-1234
   Email: sharon.wooden@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

**ANDRE TOLIVER,**                          C 07-2744 WHA (PR)

14
                                   Petitioner,   **ANSWER TO PETITION FOR**
15                                               **WRIT OF HABEAS CORPUS**

16          **v.**

     **A. J. MALFI, Warden,**
17
                                   Respondent.
18

19          Respondent hereby provides this answer to the order to show cause why the petition for

20  writ of habeas corpus should not be granted:

21                              **CUSTODY**

22          Petitioner is lawfully in the custody of A. J. Malfi, Warden of California State Prison at

23  Represa, California, as a result of a judgment of conviction in Alameda County Superior Court in

24  Case No. 140843.  After he was convicted of six counts of robbery, and firearm and prior conviction

25  allegations were found true, petitioner was sentenced to serve 45 years and four months in state

26  prison.

27

28

**GENERAL AND SPECIFIC DENIALS**

Respondent denies the state court's ruling was based on an unreasonable determination of fact or was contrary to or involved an unreasonable application of clearly established United States Supreme Court law.  Respondent specifically denies that (1) officers' demand for petitioner's clothing at the jail violated his right to an attorney; (2) trial and appellate counsel were ineffective for not raising the clothing issue; (3) the evidence was insufficient to support the gun-use enhancements; (4) petitioner's right to represent himself was violated; (5) petitioner's due process rights were violated by the trial court's refusal to suppress a line-up identification; (6) trial counsel was ineffective for not moving to sever the counts; and (7) trial counsel was ineffective for not moving to strike petitioner's second Three Strikes conviction.

**PROCEDURAL DEFENSES**

Petitioner has exhausted his claims in state court, and his federal petition appears timely.

**LODGED DOCUMENTS**

Respondent has lodged concurrently with this Answer the following exhibits: (1) state court Clerk's Transcript (2 Vols.); (2) state court Reporter's Transcript (3 Vols.); (3) opinion by the California Court of Appeal; (4) California Supreme Court denials of Petitions for Writ of Habeas Corpus; (5) respondent's brief.

Respondent hereby incorporates by reference the accompanying Memorandum of Points and Authorities in support of this Answer.

1

**CONCLUSION**

2        WHEREFORE, respondent respectfully submits that the Petition for Writ of Habeas

3   Corpus should be denied.

4        Dated:  August 22, 2007

5                                Respectfully submitted,

6                                EDMUND G. BROWN JR.
                                 Attorney General of the State of California

7                                DANE R. GILLETTE
                                 Chief Assistant Attorney General

8
                                 GERALD A. ENGLER
9                                Senior Assistant Attorney General

10                               PEGGY S. RUFFRA
                                 Supervising Deputy Attorney General

11

12                               /s/ Sharon R. Wooden
                                 SHARON R. WOODEN
13                               Deputy Attorney General

                                 Attorneys for Respondent
14
     SRW/srw/lls
15   SF2007401456
     20101654.wpd
16

17

18

19

20

21

22

23

24

25

26

27

28

Answer to Petition for Writ of Habeas Corpus - *Toliver v. Malfi, Warden* - C 07-2744 WHA (PR)