1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON R. WOODEN
   Deputy Attorney General
6  State Bar No. 108709
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-7004
     Telephone: (415) 703-5966
8       Fax: (415) 703-1234
   Email: sharon.wooden@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

**ANDRE TOLIVER,**

                  Petitioner,

    v.

**A. J. MALFI, Warden,**

                  Respondent.

C 07-2744 WHA (PR)

**NOTICE OF LODGING AND INDEX OF EXHIBITS**

In conjunction with respondent's answer to petitioner's petition for writ of habeas corpus, respondent lodges with the Court:

DESCRIPTION

CLERK'S TRANSCRIPT (2 Vols.)

REPORTER'S TRANSCRIPT (7 Vols.)

OPINION OF THE CALIFORNIA COURT OF APPEAL

RESPONDENT'S BRIEF

Notice Of Lodging And Index Of Exhibits - *Toliver v. Malfi, Warden* - C07-2744 WHA (pr)

1

1     APPELLANT'S PETITION FOR WRIT OF HABEAS CORPUS

2     CALIFORNIA SUPREME COURT DENIALS OF PETITIONS FOR WRIT OF HABEAS CORPUS

3

4     CALIFORNIA SUPREME COURT DENIAL OF PETITION FOR REVIEW

5     Dated: August 22, 2007

6                   Respectfully submitted,

7                   EDMUND G. BROWN JR.
                    Attorney General of the State of California

8                   DANE R. GILLETTE
                    Chief Assistant Attorney General

9

                  GERALD A. ENGLER
10                  Senior Assistant Attorney General

                  PEGGY S. RUFFRA
11                  Supervising Deputy Attorney General

12

13                  /s/ Sharon R. Wooden
                  SHARON R. WOODEN
14                  Deputy Attorney General

15                  Attorneys for Respondent

16 SRW/lls
   SF2007401456
17 20101660.wpd

18

19

20

21

22

23

24

25

26

27

28

Notice Of Lodging And Index Of Exhibits - *Toliver v. Malfi, Warden* - C07-2744 WHA (pr)