United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TOLIVER,<br><br>    Petitioner,<br><br>  v.<br><br>A. J. MALFI, Warden,<br><br>    Respondent.<br>_____ / | No. C 07-2744 WHA (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE TRAVERSE** |

    Petitioner's motion for an extension of time to file his traverse (docujment number 16 on the docket) is **GRANTED**. The traverse is deemed timely.

    **IT IS SO ORDERED.**

Dated: November   7   , 2007.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\TOLIVER2744.ext.wpd