IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TOLIVER, | No. C 07-2744 WHA (PR) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME AND DENYING PETITIONER'S MOTION FOR ADJUDICATION** |
| v. | |
| A. J. MALFI, Warden, | |
| Respondent. | |

This is a habeas case brought pro se by a state prisoner. Respondent's motion for an extension to time file an answer (document number 5) is **GRANTED**. The answer is deemed timely.

Petitioner has filed a motion he captions "Petitioner's Timely Submitted Motion for Magistrate's Compliance with Fed. R. Civ. P. 12(f) While Acting to Adjudicate of the (viz. Pet. Ground IV) Claim, Absent Respondent's Surplusage in Answer." The argument in the motion itself is not much more comprehensible than the caption, but it appears petitioner wants the Court to rule in his favor on one of his grounds. The merits of the petition will be considered in the case's proper order. The motion (document number 21) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\TOLIVER744.MSJ.wpd