Mr. Andre Toliver, CDC# K-27561
Kern Valley State Prison
Facility A-2-122
Post Office Box 5101
Delano, California 93216-5101.,

Petitioner In Pro Se.

FILED
FEB -8 PM 1:19
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDRE TOLIVER,** ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> **A. J. MALFI, Warden,** ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | No. C 07-2744 WHA (PR) <br><br> **CHANGE OF ADDRESS** |

TO:   The Clerk of the Court.

COMES NOW, Andre Toliver, petitioner in the above-entitled cause of action, and bring to your attention that there is a slight "change of address", and states, as follows:

My current mailing address is [Mr. Andre Toliver, CDC# K-27561, Kern Valley State Prison, Facility A-2-122, Post Office Box 5101, Delano, California 93216-5101].

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 4, 2008            by _/s/ Andre Toliver_
                                                    ANDRE TOLIVER.,

                                                    Petitioner In Pro Se.

cc:
    SHARON R. WOODEN, Deputy
    Attorney General, Bar #108709.