UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE TOLIVER,<br><br>         Plaintiff,<br><br>  v.<br><br>A J MALFI et al,<br><br>         Defendant. | Case Number: CV07-02744 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre Toliver
Prisioner Id K-27561
Salinas Valley State Prison
PO Box 1020
Soledad, CA 93960-1050

Dated: January 11, 2010

                                              Richard W. Wieking, Clerk
                                              By: D. Toland, Deputy Clerk